Accordingly, I would grant the petition for certiorari.

No. 83–2139. ROCKEFELLER, GOVERNOR OF WEST VIRGINIA *v.* BEVER ET AL.; and

No. 84–25. GILBERTSON ET AL. *v.* BEVER ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE POWELL would grant certiorari. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 724 F. 2d 1083.